UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIRANDA RAYBURN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:12-CV-1410 (CEJ) |
| LEZGI MOTORS, INC., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel the deposition of defendant Zamir Kurbanaliev and for an extension of time to disclose experts.

Defendants state that the deposition of Kurbanaliev is now scheduled on a mutually convenient date, and therefore plaintiff's motion to compel is moot. As to her request for an extension, plaintiff has not explained why she is unable to disclose her experts prior to taking defendant's deposition. The deadlines for expert disclosure contained in the case management order are generous, and plaintiff will not be allowed additional time to complete her disclosures.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [Doc. #51] is **moot**.

**IT IS FURTHER ORDERED** that plaintiff's request for additional time to complete disclosures [Doc. #51] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2013.