UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIRANDA RAYBURN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12-CV-1410 (CEJ) |
| LEZGI MOTORS, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for sanctions against defendant ATN Express, Inc. for failure to comply with the Court's order compelling defendant to answer plaintiff's interrogatories and respond to plaintiff's requests for production. Defendant states that it has now produced all non-privileged, responsive documents. Plaintiff does not dispute this.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for sanctions [Doc. #52] is denied.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2013.