UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIRANDA RAYBURN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:12-CV-1410 (CEJ) |
| LEZGI MOTORS, INC., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of defendants Lezgi Motors, Inc. and Zamir Kurbanaliev to strike opinions not previously proffered by plaintiff's vocational rehabilitation expert, Terry Cordray, or, in the alternative, for leave to name an expert to rebut those opinions. Plaintiff responded in opposition, explaining that the opinions to which defendants object were based on an incorrect lost-wage calculation, and have now been corrected to comport with Mr. Cordray's expert reports and deposition testimony.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to strike or, in the alternative, to name a rebuttal expert [Doc. #112] is **moot**.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file a surreply to defendants' motion to strike [Doc. #123] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2014.